IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARMANDO MASANCAY,

         Plaintiff,

  v.

UNITED AIRLINES INC,

         Defendant.

_____/

No. C 08-05087 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 8, 2009 at  3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 10, 2009.

DESIGNATION OF EXPERTS: 9/11/09; REBUTTAL: 9/18/09.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 2, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by July 24, 2009;

     Opp. Due August 7, 2009;  Reply Due August 14, 2009;

      and set for hearing no later than August 28, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 27, 2009 at 3:30 PM.

COURT TRIAL DATE: November 9, 2009 at 8:30 AM.,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties shall participate in private mediation on 4/22/09.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_____
SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California