SEYFARTH SHAW LLP
Kari Erickson Levine (SBN 146101)
klevine@seyfarth.com
Andrew M. McNaught (SBN 209093)
amcnaught@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
UNITED AIRLINES, INC.

MCCORMAC & ASSOCIATES
Kathleen McCormac (State Bar No. 159012)
kmccormac@mccormaclaw.com
James Grant (State Bar No. 254885)
jgrant@mccormaclaw.com
655 Montgomery St., Ste. 1200
San Francisco, CA 94111
Telephone: (415) 399-1722
Facsimile: (415) 399-1733

Attorneys for Plaintiff ARMANDO MASANCAY

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO MASANCAY<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., and DOES 1 to 10, inclusive<br><br>Defendant. | Case No. C 08 05087 SI<br><br>**NOTICE OF SETTLEMENT AND STIPULATION CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

The Parties mediated this case with Hon. Alfred Chiantelli (Ret.) of ADR Services in San Francisco on April 22, 2009, at which time the Parties reached an agreement to settle the case. A settlement agreement is being drafted and circulated. Plaintiff will file a notice of dismissal in accordance with the terms of the settlement agreement once it is finalized and executed.

1

Notice of Settlement and Stipulation to Continue Case Management Conference/Case No. C 08 05087 SI

1   In light of the foregoing, the parties hereby request and stipulate through their counsel of
2   record herein that the further Case Management Conference set for May 8, 2009 be continued or
3   vacated.
4   IT IS SO STIPULATED.

6   DATED: April 27, 2009                                    SEYFARTH SHAW LLP

                                                             /s/
9                                                            Andrew M. McNaught

10                                                           Attorneys for Defendant
                                                             UNITED AIRLINES, INC.

12  DATED: April 27, 2009                                    MCCORMAC & ASSOCIATES

15                                                     By:   /s/
                                                             Kathleen McCormac
                                                             James Grant

17                                                           Attorneys for Plaintiff
                                                             ARMANDO MASANCAY

The case management conference is continued to 7/10/09 @ 3:00 p.m.

IT IS SO ORDERED
/s/ Susan Illston
Judge Susan Illston

2

Notice of Settlement and Stipulation to Continue Case Management Conference/Case No. C 08 05087 SI