SEYFARTH SHAW LLP
Kari Erickson Levine (SBN 146101)
klevine@seyfarth.com
Andrew M. McNaught (SBN 209093)
amcnaught@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO MASANCAY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED AIR LINES, INC., and DOES 1 to 10, inclusive<br><br>    Defendant. | Case No. CV08-5087 SI<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff ARMANDO MASANCAY and Defendant UNITED AIRLINES, INC. through their respective counsel of record, that Plaintiff's entire complaint and all causes of action therein are dismissed WITH PREJUDICE. Each party will bear its own attorneys' fees and costs of suit.

DATED: May 18, 2009.

SEYFARTH SHAW LLP

By:       /s/
    Kari Erickson Levine
    Andrew M. McNaught

Attorneys for Defendant
UNITED AIR LINES, INC.

1
Stipulated Dismissal With Prejudice/Case No. CV08-05087 SI

```
DATED: May 18, 2009.                        MCCORMAC & ASSOCIATES

                                                    /s/
                                             By: _____
                                                 Kathleen McCormac
                                                 James Grant

                                             Attorneys for Plaintiff
                                             ARMANDO MASANCAY
```

**ORDER**

IT IS SO ORDERED.

DATED: _____          _____
                                United States District Court Judge